In the Matter of the Application of THOMAS F. RYAN, as Receiver, etc.

In the Matter of the Claim of RAWITSER & BROTHER.

(Argued December 11, 1893; decided January 16, 1894.)

CROSS APPEALS from order of General Term of the Supreme Court in the first judicial department, made July 5, 1893, which modified, and affirmed as modified, an order of Special Term confirming the report of a referee.

*L. Laflin Kellogg* for receiver.

*Otto Horwitz* for Rawitser & Brother.

Agree to affirm on opinion below.*
All concur, except BARTLETT, J., not sitting.
Order affirmed.

---

GERARD WESSELS et al., Appellants, *v.* GUSTAVUS ADOLPHUS BOETTCHER, Defendant; GEORGE W. MCKENZIE, Respondent.

(Argued Decmber 11, 1893; decided January 16, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of October, 1893, which affirmed an order of Special Term granting leave to George W. McKenzie, attorney for defendant, to issue execution in his own name.

*Joseph A. Shoudy* for appellants.

*Noah Cromwell Rogers* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except BARTLETT, J., not sitting.
Appeal dismissed.

---

* 70 Hun, 149.